IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID STOCKS, | * | |
| BOP # 70935-019, | * | HABEAS CORPUS |
| | * | 28 U.S.C. § 2255 |
| Movant | * | |
| | * | CIVIL ACTION NO. |
| v. | * | 1:19-CV-02741-ELR |
| | * | |
| UNITED STATES OF AMERICA, | * | CRIMINAL ACTION NO. |
| | * | 1:17-CR-00257-RGV-2 |
| Respondent. | * | |
| | * | |

## ORDER

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Russell G. Vineyard. [Doc. 97]. Judge Vineyard recommends that Movant's § 2255 Motion [Doc. 81] be denied and that a Certificate of Appealability be denied as well.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R [Doc. 97] as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Movant's § 2255 Motion. [Doc. 81]. Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Movant has not made a substantial showing of the denial of a constitutional right. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Movant's § 2255 Motion: Civil Action No. 1:19-CV-02741-ELR.

**SO ORDERED**, this 17th day of December, 2019.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia